IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

THE CITIZENS BANK                                           PLAINTIFF

v.                               No. 3:24-cv-48-DPM

CUSTOM CRITICAL CARRIER
COMPANY and BOGDAN SAVICEVIC                 DEFENDANTS

ORDER

A couple of months ago, the Court reopened and extended Citizens Bank's time for service on Custom Critical and Savicevic to 23 January 2026. *Doc. 12.* The Bank has not filed proof of service. Its claims will therefore be dismissed without prejudice. Fed. R. Civ. P. 4(m).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 February 2026