# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

THE CITIZENS BANK                                          PLAINTIFF

v.                              No. 3:24-cv-48-DPM

CUSTOM CRITICAL CARRIER
COMPANY and BOGDAN SAVICEVIC              DEFENDANTS

## JUDGMENT

Citizens Bank's complaint is dismissed without prejudice.

_____

D.P. Marshall Jr.
United States District Judge

25 February 2026